No. 87–1560. MERCEDES-BENZ OF NORTH AMERICA, INC. *v.* METRIX WAREHOUSE, INC., ET AL. C. A. 4th Cir. Motion of Automobile Importers of America et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 87–1598. NORTHERN GROUP SERVICES, INC., ET AL. *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL. C. A. 6th Cir. Motion of Thorn Apple Valley, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 87–1625. FLORIDA *v.* LONG. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 87–6189. ERICKSON *v.* ILLINOIS. Sup. Ct. Ill.;
No. 87–6287. BROWN *v.* LOUISIANA. Sup. Ct. La.;
No. 87–6372. DESHIELDS *v.* DELAWARE. Sup. Ct. Del.;
No. 87–6601. NELSON *v.* ALABAMA. Sup. Ct. Ala.;
No. 87–6607. ANTWINE *v.* MISSOURI. Sup. Ct. Mo.;
No. 87–6627. FRAZIER *v.* GEORGIA. Sup. Ct. Ga.;
No. 87–6634. PORTERFIELD *v.* TENNESSEE. Sup. Ct. Tenn.;
No. 87–6636. AMRINE *v.* MISSOURI. Sup. Ct. Mo.; and
No. 87–6713. TURNER *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied. Reported below: No. 87–6189, 117 Ill. 2d 271, 513 N. E. 2d 367; No. 87–6287, 514 So. 2d 99; No. 87–6372, 534 A. 2d 630; No. 87–6601, 511 So. 2d 248; No. 87–6607, 743 S. W. 2d 51; No. 87–6627, 257 Ga. 690, 362 S. E. 2d 351; No. 87–6634, 746 S. W. 2d 441; No. 87–6636, 741 S. W. 2d 665; No. 87–6713, 234 Va. 543, 364 S. E. 2d 483.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–6425. FOUCHE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.